| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MARK LEE KAULFUS, | § | |
| | § | |
| Movant, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:20-CV-360 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant, Mark Lee Kaulfus, an inmate currently confined at the Jefferson County Downtown Jail, proceeding *pro se*, filed this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting movant an out-of-time appeal and vacating and reentering the Judgment in *United States v. Kaulfus*, Criminal action No. 1:19-CR-113 as of the date of entry of the Final Judgment (docket entry no. 5).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Movant received a copy of the Report and Recommendation on November 3, 2020 (docket entry no. 6).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 14th day of January, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE